United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Frank Gonzalez, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-20128-Civ-Scola |
| | ) | |
| City of Hialeah, Defendant. | ) | |

### **Order Adopting Magistrate's Report And Recommendation**

This matter was referred to United States Magistrate Judge Alicia M. Otazo-Reyes for a report and recommendation on the Defendant's motion for costs (ECF No. 113). On March 6, 2018, Judge Otazo-Reyes issued a report, recommending that the Court grant the motion and award the Defendant costs in the amount of $400.00. (Report & Recommendations, ECF No. 131.) The Plaintiff filed objections (ECF No. 132), to which the Defendant responded (ECF No. 134). Having considered Judge Otazo-Reyes's report, the record, and the relevant legal authorities, this Court finds Judge Otazo-Reyes's report and recommendation cogent and compelling, and the Plaintiff's objections to be without merit.

The Court **affirms and adopts** Judge Otazo-Reyes's report and recommendation (**ECF No. 131**). The Court **grants** the City of Hialeah's motion for costs (**ECF No. 113**). Consistent with the report, the Court awards **$400.00** in costs to the City of Hialeah to be paid by the Plaintiff, Frank Gonzalez.

**Done and ordered** at Miami, Florida, on April 12, 2018.

Robert N. Scola, Jr.
United States District Judge